1010

[No. 72313-8-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY RICHARD STANDLEY, *Appellant*.

 by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 72316-2-I. Division One. July 27, 2015.]

*In the Matter of the Parentage of* L.L.

GEOFFREY LYLES, *Respondent*, v. TRINITY SESAY, *Appellant*.

 by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 72396-1-I. Division One. July 27, 2015.]

SHAW RAHMAN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

 by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72992-6-I. Division One. July 27, 2015.]

LEDCOR INDUSTRIES (USA), INC., *Respondent*, v. STARLINE WINDOWS, INC., ET AL., *Appellants*.

 by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Appelwick, J.